EILEEN M. DECKER
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
CHARLES PARKER (Cal. Bar No. 283078)
Assistant United States Attorney
    300 N. Los Angeles Street
    Federal Building, Suite 7211
    Los Angeles, CA 90012
    Telephone:  (213) 894-2740
    Facsimile:   (213) 894-0115
    Email: charles.parker@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

JS-6

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>ASHISH PATEL,<br><br>         Defendant. | Case No. 2:16-cv-03506 -ODW (FFMx)<br><br>JUDGMENT |

Pursuant to the stipulation between plaintiff United States of America ("United States") and defendant Ashish Patel ("Defendant"), and for good cause appearing:

//
//
//

1

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. Pursuant to 31 U.S.C. § 5321(a)(5)(B), which provides for a penalty to be applied where a person's failure to file a Report of Foreign and Financial Accounts ("FBAR") is not willful, defendant Ashish Patel is personally liable and indebted to the United States of America for the FBAR penalty assessments for the years 2007, 2008, 2009, 2010, and 2011, in the amount of $50,068, plus statutory interest accruing from the date of assessment on May 23, 2014, as provided by law, until such obligation is paid in full.

2. Defendant Ashish Patel is personally liable and indebted to the United States of America for the failure-to-pay the assessed FBAR penalty, pursuant to 31 U.S.C. § 3717(e)(2), as provided by law.

Date: March 21, 2017

OTIS D. WRIGHT, II
United States District Judge

Respectfully presented,

EILEEN M. DECKER
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division

     /s/
CHARLES PARKER
Assistant United States Attorney
Attorneys for the United States of America